B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Myddelton, Jake Marsh** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5969** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1532 Belleau Wood Drive**<br>**Tallahassee, FL**<br><div align=right>ZIP Code **32308**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Leon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)** <div style="text-align:right">Page 2</div>

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Myddelton, Jake Marsh** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____

            (Name of landlord that obtained judgment)

            _____

            (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Myddelton, Jake Marsh**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jake Marsh Myddelton
Signature of Debtor **Jake Marsh Myddelton**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 19, 2010**
Date

### Signature of Attorney*

**X** /s/ Allen P. Turnage Florida Bar No.
Signature of Attorney for Debtor(s)

**Allen P. Turnage Florida Bar No. 993085**
Printed Name of Attorney for Debtor(s)

**Law Office of Allen P. Turnage**
Firm Name

**PO Box 15219**
**Tallahassee, FL 32317**

Address

**Email: attyallen@embarqmail.com**
**850.224.3231  Fax: 850.224.2535**
Telephone Number

**November 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Jake Marsh Myddelton**                                    ,          Case No. _____

                                         Debtor

                                                  Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 960,000.00 | | |
| B - Personal Property | Yes | 3 | 21,671.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | 1,186,487.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 28,759.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 3,401,095.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 900.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,335.00 |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 981,671.00 | | |
| Total Liabilities | | | | 4,616,341.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Jake Marsh Myddelton**

Debtor

,

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Jake Marsh Myddelton**                                              ,      Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Home and 1/8 Acre lot**<br>**1532 Belleau Wood**<br>**Tallahassee, Leon County, FL** | **Fee Simple** | - | 535,000.00 | 547,500.00 |
| **Rental House**<br>**1117 Spottswood Drive**<br>**Tallahassee, Leon County, FL** | **Fee Simple** | - | 120,000.00 | 135,000.00 |
| **Spec House**<br>**3538 Firefly**<br>**Panacea, FL** | **Titled to Myddelton Parker Builders** | J | 275,000.00 | 206,902.00 |
| **Wetappo Lot**<br>**Port St. Joe, Gulf County, FL** | **Fee Simple** | - | 30,000.00 | 60,000.00 |

|  | Sub-Total > | 960,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 960,000.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Jake Marsh Myddelton**                                                    ,      Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Premier Bank checking** | - | 8.00 |
| | | **Capital City Bank checking** | - | 3.00 |
| | | **Premier Bank savings** | - | 5.00 |
| | | **Premier Bank checking** | - | 5.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | J | 2,340.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | 100.00 |
| 7.  Furs and jewelry. | | **Jewelry** | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >          2,661.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Jake Marsh Myddelton** _____,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | - | 1,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Myddelton Parkers Builders, LLC Real Estate as per schedule A Trucks repossessed prepetition No other assets** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        1,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Jake Marsh Myddelton_____,   Case No. _____

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Volvo XC90 | J | 18,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | J | 10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total >  (Total of this page) | 18,010.00 |
| Total > | 21,671.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Jake Marsh Myddelton**                                  ,          Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **Fla. Stat. Ann. § 222.11(2)(a)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Premier Bank checking** | **Fla. Stat. Ann. § 222.11(2)(a)** | **8.00** | **8.00** |
| **Capital City Bank checking** | **Fla. Stat. Ann. § 222.11(2)(a)** | **3.00** | **3.00** |
| **Premier Bank savings** | **Fla. Stat. Ann. § 222.11(2)(a)** | **5.00** | **5.00** |
| **Premier Bank checking** | **Fla. Stat. Ann. § 222.11(2)(a)** | **5.00** | **5.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods** | **11 U.S.C. § 522(b)(3)(B)** | **2,340.00** | **2,340.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA** | **29 U.S.C.A. § 1056(d)** | **1,000.00** | **1,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Volvo XC90** | **11 U.S.C. § 522(b)(3)(B)** | **11,000.00** | **18,000.00** |
| **Animals** | | | |
| **Dog** | **Fla. Const. art. X, § 4(a)(2)** | **10.00** | **10.00** |

|  | Total: | **14,671.00** | **21,671.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Jake Marsh Myddelton**                                     Case No. _____
                                                                              ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **non** | | | Mechanics Lien | | | | | |
| A Materials Group Inc. PO Box 1829 Lake City, FL 32056 | | J | Lot 21 Alligator Drive, Eastpoint, FL: 701 W Pensacola St, Tallahassee, FL | | | | | |
| | | | Value $                     0.00 | | | | 2,987.00 | 2,987.00 |
| Account No. **none** | | | Mechanics Lien | | | | | |
| B&T Fencing Inc. PO Box 3359 Tallahassee, FL 32315 | | J | 2552 Carhage Lane, Tallahassee, FL | | | | | |
| | | | Value $                     0.00 | | | | 3,595.00 | 3,595.00 |
| Account No. **none** | | | Mechanics Lien | | | | | |
| Buzz & Co., LLC dba Kitch-Encounters 2740 Capital Circle NE Tallahassee, FL 32308 | | J | 3484 Velda Dairy Road, Tallahassee, FL | | | | | |
| | | | Value $                     0.00 | | | | 2,110.00 | 2,110.00 |
| Account No. | | | Mortgage Lien | | | | | |
| Capital City Bank Attn: Bankruptcy Litigation Officer PO Box 900 Tallahassee, FL 32302-0900 | | - | Wetappo Lot Port St. Joe, Gulf County, FL | | | | | |
| | | | Value $            30,000.00 | | | | 60,000.00 | 30,000.00 |
| __6__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 68,692.00 | 38,692.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Jake Marsh Myddelton**                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ausley & McMullen**<br>**Attn:  Kenneth R. Hart**<br>**123 South Calhoun Street**<br>**Tallahassee, FL 32302** | | | **Representing:**<br>**Capital City Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **none** <br><br>**Capital Window Center**<br>**1510 E-7 Capital Circle SE**<br>**Tallahassee, FL 32301** | | J | Mechanics Lien<br><br>**Lot 11 of Anhinga Farms and Lot 18 of Anhinga Farms**<br><br>Value $          0.00 | | | | 8,378.00 | 8,378.00 |
| Account No. **none** <br><br>**Carpet Studio**<br>**2866 Industrial Plaza Drive**<br>**Tallahassee, FL 32301** | | J | Mechanics Lien<br><br>**2234 Monaghan, Tallahassee, FL**<br><br>Value $          0.00 | | | | 11,772.00 | 11,772.00 |
| Account No. **none** <br><br>**Corbally Tile Company**<br>**PO Box 180535**<br>**Tallahassee, FL 32318** | | J | Mechanics Lien<br><br>**Lot 4, Ridge at Velda Dairy**<br><br>Value $          0.00 | | | | 4,417.00 | 4,417.00 |
| Account No. **none** <br><br>**Ferguson Enterprises Inc.**<br>**PO Box 100286**<br>**Atlanta, GA 30384-0286** | | J | Mechanics Lien<br><br>**5712 Farnsworth, Bull Run, Leon County, FL; Lot 1 Block D, Buckhead**<br><br>Value $          0.00 | | | | 15,222.00 | 15,222.00 |

Sheet  **1**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 39,789.00 | 39,789.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Jake Marsh Myddelton**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| **Gutterhawk** **5281 B6 Tower Road** **Tallahassee, FL 32317** | | | J | | 3484 Velda Dairy Rd, Tallahassee, FL; 3700 Longfellow, Tallahassee, FL | | | | | |
| | | | | | Value $            0.00 | | | | 4,400.00 | 4,400.00 |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| **Gutterhawk** **5281 B6 Tower Road** **Tallahassee, FL 32317** | | | J | | House 2541 Carthage Tallahassee, Leon County, FL | | | | | |
| | | | | | Value $            0.00 | | | | 1,739.00 | 1,739.00 |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| **Jenkins Brick and Tile Company LLC** **PO Box 934432** **Atlanta, GA 31193-4432** | | | J | | Lot 11, Block W, Bull Run Unit III; Lot 4, Ridge at Velda Dairy; Lot 8 Highland Place; Lot 32, Grey's Run; Lot 1 Block D, Buckhead | | | | | |
| | | | | | Value $            0.00 | | | | 8,923.00 | 8,923.00 |
| Account No. | | | | | Representing: | | | | | |
| **James J. Hughes** **PO Box 180271** **Tallahassee, FL 32318-0003** | | | | | **Jenkins Brick and Tile Company LLC** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| **Jim Crosby Plumbing Inc.** **PO Box 2734** **Tallahassee, FL 32316** | | | J | | Lot 10 Block X, Bull Run; Lot 111 and 112 West Lafayette Street; 655, 663, 659, and 661 W Layfayette St, Leon County FL; 5712 Farnsworth, Bull Run, Leon County, FL | | | | | |
| | | | | | Value $            0.00 | | | | 37,395.00 | 37,395.00 |

Sheet  **2**  of  **6**  continuation sheets attached to                      Subtotal                    | 52,457.00 | 52,457.00 |
Schedule of Creditors Holding Secured Claims                          (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Jake Marsh Myddelton** _____,  Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **none** <br><br> **Jim Crosby Plumbing Inc.** <br> **PO Box 2734** <br> **Tallahassee, FL 32316** | | J | Mechanics Lien <br><br> **House** <br> **2541 Carthage** <br> **Tallahassee, Leon County, FL** <br><br> Value $      0.00 | | | | 3,013.00 | 3,013.00 |
| Account No. **none** <br><br> **K&C Painting Services Inc.** <br> **6708 Chant Trail** <br> **Tallahassee, FL 32309** | | J | Mechanics Lien <br><br> **3484 Velda Dairy Dr, Tallahassee, FL** <br><br> Value $      0.00 | | | | 5,500.00 | 5,500.00 |
| Account No. **none** <br><br> **Keith McNeil Plumbing** <br> **3505 N Monroe St** <br> **Tallahassee, FL 32303** | | J | Mechanics Lien <br><br> **4512 Grove Park and** <br> **165 Firefly Drive** <br><br> Value $      0.00 | | | | 24,926.00 | 24,926.00 |
| Account No. **xxxx8001** <br><br> **Premier Bank** <br> **Attn:  Bankruptcy Litigation Officer** <br> **PO Box 3606** <br> **Tallahassee, FL 32315-3606** | | - | Mortgage Lien <br><br> **Home and 1/8 Acre lot** <br> **1532 Belleau Wood** <br> **Tallahassee, Leon County, FL** <br><br> Value $      535,000.00 | | | | 547,500.00 | 12,500.00 |
| Account No. **none** <br><br> **Probuild** <br> **1369 Blountstown Hwy** <br> **Tallahassee, FL 32304** | | J | Mechanics Lien <br><br> **Spec House** <br> **3538 Firefly** <br> **Panacea, FL** <br><br> Value $      275,000.00 | | | | 6,902.00 | 0.00 |

Sheet _**3**_ of _**6**_ continuation sheets attached to          Subtotal <br> Schedule of Creditors Holding Secured Claims          (Total of this page)      587,841.00      45,939.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| E. Thomas Brushwood PO Box 10117 Tallahassee, FL 32302-2117 | | | **Representing: Probuild** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **none** | | | Mechanics Lien | | | | | |
| Probuild 1369 Blountstown Hwy Tallahassee, FL 32304 | | J | **House 2541 Carthage Tallahassee, Leon County, FL** | | | | | |
| | | | Value $              **0.00** | | | | **11,030.00** | **11,030.00** |
| Account No. | | | | | | | | |
| E. Thomas Brushwood PO Box 10117 Tallahassee, FL 32302-2117 | | | **Representing: Probuild** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **none** | | | Mechanics Lien | | | | | |
| Pyramid Excavation Inc. 8440 Florida Georgia Highway Havana, FL 32333 | | J | **701 West Pensacola Street** | | | | | |
| | | | Value $              **0.00** | | | | **2,219.00** | **2,219.00** |
| Account No. **none** | | | Mechanics Lien | | | | | |
| Residential Elevators PO Box 1298 Crawfordville, FL 32326 | | J | **4512 Grove Park Dr, Tallahassee, FL** | | | | | |
| | | | Value $              **0.00** | | | | **9,336.00** | **9,336.00** |

Sheet  **4**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | 22,585.00 | 22,585.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Jake Marsh Myddelton**                                          ,     Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Representing: | | | | | |
| Ausley & McMullen Attn:  Robert N. Clarke Jr. PO Box 391 Tallahassee, FL 32302 | | | | | Residential Elevators | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| Robert Hutton Inc. 686 Beaver Creek Lane Havana, FL 32333 | | | | J | 5743 Farnsworth St, Tallahassee, FL | | | | | |
| | | | | | Value $          **0.00** | | | | **14,500.00** | **14,500.00** |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| Sellers Tile Distributors Inc. 1710 Capital Circle NE Tallahassee, FL 32308 | | | | J | 3484 Velda Dairy Road; Lot 1, Block D Buckhead, Leon County, FL; Lot 41, Block A, Edinburgh Estates, Leon County, FL; Lot 1 of Yaeger Subdivision; Lot 11 of Anhinga Farms | | | | | |
| | | | | | Value $          **0.00** | | | | **37,298.00** | **37,298.00** |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| Sellers Tile Distributors Inc. 1710 Capital Circle NE Tallahassee, FL 32308 | | | | J | House 2541 Carthage Tallahassee, Leon County, FL | | | | | |
| | | | | | Value $          **0.00** | | | | **8,243.00** | **8,243.00** |
| Account No. **xxxxxx2030** | | | | | Mortgage Lien | | | | | |
| SunTrust Bank Attn:  Bankruptcy Litigation Officer PO Box 791144 Baltimore, MD 21279-1144 | | | | - | Rental House 1117 Spottswood Drive Tallahassee, Leon County, FL | | | | | |
| | | | | | Value $      **120,000.00** | | | | **135,000.00** | **15,000.00** |

Sheet  **5**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **195,041.00** | **75,041.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Jake Marsh Myddelton** _____,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| Superior Redi-Mix 61 Commerce Lane Midway, FL 32343-0060 | | J | | | 1730 Highland Place, Tallahassee, Leon County, FL; 653, 655, 657, 659, 661, 663 W. Lafayette St, Tallahassee, FL:  Lot 7-9 Block AA, Lots 8-13 Block X Bull Run Unit IV | | | | | |
| | | | | | Value $        0.00 | | | | 7,378.00 | 7,378.00 |
| Account No. **none** | | | | | Mechanics Lien | | | | | |
| Tallahassee Lighting, Fan and Blind 980 Capital Circle SE Tallahassee, FL 32301 | | J | | | 701 W Pensacola St, Tallahassee, FL | | | | | |
| | | | | | Value $        0.00 | | | | 4,804.00 | 4,804.00 |
| Account No. | | | | | Mortgage Lien | | | | | |
| Wakulla Bank Attn:  Bankruptcy Litigation Officer PO Box 610 Crawfordville, FL 32326 | | X J | | | Spec House 3538 Firefly Panacea, FL | | | | | |
| | | | | | Value $      275,000.00 | | | | 200,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| Mowrey Law Firm, PA Ronald A. Mowrey 515 North Adams Street Tallahassee, FL 32301-1111 | | | | | Representing: Wakulla Bank | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. **xxxxxx8150** | | | | | 6/2010 | | | | | |
| Wakulla Bank Attn:  Bankruptcy Litigation Officer PO Box 610 Crawfordville, FL 32326 | | X J | | | 2006 Volvo XC90 | | | | | |
| | | | | | Value $       18,000.00 | | | | 7,900.00 | 0.00 |

Sheet  __6__  of  __6__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 220,082.00 | 12,182.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,186,487.00 | 286,685.00 |

B6E (Official Form 6E) (4/10)

In re    **Jake Marsh Myddelton**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Jake Marsh Myddelton**                                                     ,          Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **xxxxx-465R** | | | | | Ad Valorem Taxes | | | | | | |
| **Gulf County Tax Collector** **Attn: Bankruptcy Litigation Officer** **1000 Costin Blvd Rm 147** **Port Saint Joe, FL 32456** | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 650.00 | | 650.00 |
| Account No. **xxxxx5969** | | | | | 2009 | | | | | | |
| **Internal Revenue Service** **PO Box 21126** **Philadelphia, PA 19114-0326** | J | | | | Income Taxes | | | | | 0.00 | |
| | | | | | | | | | 21,000.00 | | 21,000.00 |
| Account No. | | | | | | | | | | | |
| **Attorney General of the US** **950 Pennsylvania Avenue NW** **Washington, DC 20530-0001** | | | | | Representing: Internal Revenue Service | | | | **Notice Only** | | |
| Account No. | | | | | | | | | | | |
| **Internal Revenue Service** **Attn: Bankruptcy Specialist** **400 W. Bay St Ste 35045** **Jacksonville, FL 32202** | | | | | Representing: Internal Revenue Service | | | | **Notice Only** | | |
| Account No. | | | | | | | | | | | |
| **United States Attorney** **21 East Garden Street** **Pensacola, FL 32501-5603** | | | | | Representing: Internal Revenue Service | | | | **Notice Only** | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 21,650.00 | 21,650.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Jake Marsh Myddelton** _____,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **US Attorney (Tallahassee Office)** 111 N. Adams St Tallahassee, FL 32301 | | | | **Representing: Internal Revenue Service** | | | | **Notice Only** | |
| Account No. **xxxxxxxxx0020** **Leon County Tax Collector** Attn:  Legal Dept. PO Box 1835 Tallahassee, FL 32302-1835 | - | | | **2009** **Ad Valorem Taxes** | | | | **7,109.00** | **0.00** **7,109.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **7,109.00** | **0.00** **7,109.00** |
| Total (Report on Summary of Schedules) | **28,759.00** | **0.00** **28,759.00** |

B6F (Official Form 6F) (12/07)

In re   __Jake Marsh Myddelton_____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6420**<br><br>**A Materials Group Inc.**<br>**PO Box 1829**<br>**Lake City, FL 32056** | | J | **Purchase on Account** | | | | 3,859.00 |
| Account No. **none**<br><br>**A Plus Drywall**<br>**1550 Capital Circle SW #1**<br>**Tallahassee, FL 32304** | | J | **Purchase on Account** | | | | 8,426.00 |
| Account No.<br><br>**Aaron & Hien Guyer**<br>**193 Rosehill Drive**<br>**Tallahassee, FL 32312** | | J | **Potential claim for construction warranty** | X | X | | 0.00 |
| Account No.<br><br>**Advanced Business Systems**<br>**1236 N Monroe Street**<br>**Tallahassee, FL 32303** | | J | **Professional Services** | | | | 336.00 |

__35__  continuation sheets attached

| | Subtotal (Total of this page) | 12,621.00 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton_____,    Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none** | | | Purchase on Account | | | | |
| **Advanced Concrete** **978 Talquin Ave** **Quincy, FL 32351** | | J | | | | | 21,835.00 |
| Account No. **none** | | | Professional Services | | | | |
| **All Pro Land Care of Tallahassee Inc.** **PO Box 38355** **Tallahassee, FL 32315-8355** | | J | | | | | 4,400.00 |
| Account No. **none** | | | Purchase on Account | | | | |
| **Allied Doors** **3600 B Weems Road** **Tallahassee, FL 32317** | | J | | | | | 5,150.00 |
| Account No. **none** | | | Purchase on Account | | | | |
| **Allweather Insulation Inc.** **664 Capital Circle NE** **Tallahassee, FL 32301** | | J | | | | | 31,586.00 |
| Account No. **none** | | | Insurance Premiums | | | | |
| **American Strategic Insurance** **PO Box 33018** **Saint Petersburg, FL 33733-8018** | | J | | | | | 465.00 |
| Sheet no. _**1**_ of _**35**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 63,436.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                                              , Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential claim for construction warranty | | | | |
| **Amy and CJ McGibany** **1730 Highland Place** **Tallahassee, FL 32308** | | J | | X | X | | 0.00 |
| Account No. **none** | | | Advertising | | | | |
| **Apogee Signs** **1105 N Monroe Street** **Tallahassee, FL 32303** | | J | | | | | 976.00 |
| Account No. | | | Purchase on Account | | | | |
| **B&T Fencing Inc.** **PO Box 3359** **Tallahassee, FL 32315** | | J | | | | | 3,595.00 |
| Account No. | | | Professional Services | | | | |
| **Barber Cleaning Service Inc.** **4404 West Shannon Lakes Drive** **Tallahassee, FL 32309** | | J | | | | | 737.00 |
| Account No. | | | Professional Services | | | | |
| **Barkely Consulting Engineers Inc.** **3494 Martin Hurst Road** **Tallahassee, FL 32312** | | J | | | | | 300.00 |

Sheet no. __2__ of __35__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        **5,608.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jake Marsh Myddelton** _____,     Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bayside Lumber & Building Supply**<br>**272 Commerce Drive**<br>**Port Saint Joe, FL 32457** | | J | **Purchase on Account** | | | | 3,602.00 |
| Account No.<br><br>**Bettinger Welding**<br>**3440 Garber Road**<br>**Tallahassee, FL 32303** | | J | **Purchase on Account** | | | | 3,000.00 |
| Account No.<br><br>**Blackhawk Engineering Inc.**<br>**9013 Mahan Drive Ste 101**<br>**Tallahassee, FL 32309** | | J | **Professional Services** | | | | 2,940.00 |
| Account No.<br><br>**Bo Knows Pest Control Inc.**<br>**106 Reid Avenue**<br>**PO Box 773**<br>**Port Saint Joe, FL 32457** | | J | **Professional Services** | | | | 175.00 |
| Account No.<br><br>**Bob McKeithen & Sons Inc.**<br>**412 Crossway Road**<br>**Tallahassee, FL 32305** | | J | **Open Account** | | | | 40,621.00 |

Sheet no. __3__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,338.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Jake Marsh Myddelton**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bobby Dollar Appliance Showroom 1405 East Jacksonv Street Thomasville, GA 31792** | | J | **Purchase on Account** | | | | 12,570.00 |
| Account No. **Brad and Joanna Copanhaver 1739 Highland Place Tallahassee, FL 32308** | | J | **Potential claim for construction warranty** | X | X | | 0.00 |
| Account No. xxxxx1452 **Capelouto 700 Capital Circle NE Tallahassee, FL 32301** | | J | **Professional Services** | | | | 310.00 |
| Account No. **Capital City Bank Attn: Bankruptcy Litigation Officer PO Box 900 Tallahassee, FL 32302-0900** | X | H | **Deficiency balance on foreclosure** | | | | 643,976.00 |
| Account No. **Ausley & McMullen Attn: Kenneth R. Hart PO Box 391 Tallahassee, FL 32302** | | | **Representing: Capital City Bank** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __4__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **656,856.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Jake Marsh Myddelton**                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Capital City Bank** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 900** <br> **Tallahassee, FL 32302-0900** | X | H | **Deficiency balance on foreclosure** | | | | **53,548.00** |
| Account No. <br><br> **Ausley & McMullen** <br> **Attn:  Kenneth R. Hart** <br> **PO Box 391** <br> **Tallahassee, FL 32302** | | | **Representing:** <br> **Capital City Bank** | | | | **Notice Only** |
| Account No. <br><br> **Capital City Bank** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 900** <br> **Tallahassee, FL 32302-0900** | | J | **Line of Credit** | | | | **12,307.00** |
| Account No. <br><br> **Capital City Bank** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 900** <br> **Tallahassee, FL 32302-0900** | | - | **Deficiency balance** <br> **Model Home and Lot** <br> **2533 Carthage Lane** <br> **Tallahassee, Leon County, FL** | | | | **50,000.00** |
| Account No. <br><br> **Capital City Bank** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 900** <br> **Tallahassee, FL 32302-0900** | | - | **Deficiency balance** <br> **House** <br> **2541 Carthage Lane** <br> **Tallahassee, Leon County, FL** | | | | **50,000.00** |

Sheet no. _5_ of _35_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **165,855.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton__ _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase on Account | | | | |
| **Capital City Lumber Co.** **2501 Lonnbladh Road** **Tallahassee, FL 32317-4059** | | J | | | | | 125,770.00 |
| Account No. | | | Purchase on Account | | | | |
| **Capital Window Center** **1510 E-7 Capital Circle SE** **Tallahassee, FL 32301** | | J | | | | | 9,115.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| **Carolyn Snurkowski** **4519 Camden Road** **Tallahassee, FL 32303** | | J | | X | X | | 0.00 |
| Account No. | | | Purchase on Account | | | | |
| **Carpenter's Window and Door** **2813 B10 Industrial Plaza Drive** **Tallahassee, FL 32301** | | J | | | | | 1,492.00 |
| Account No. | | | Purchase on Account | | | | |
| **Carpet Studio** **2866 Industrial Plaza Drive** **Tallahassee, FL 32301** | | J | | | | | 150.00 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        136,527.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                        ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Central Heating Consultants**<br>**5278 Tower Road**<br>**Tallahassee, FL 32303** | | J | **Professional Services** | | | | 680.00 |
| Account No. **xxxx-xxxx-xxxx-6957**<br><br>**Chase Mastercard**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | - | **2006 to 8/2010**<br>**Credit card charges** | | | | 10,000.00 |
| Account No.<br><br>**City Blue Reprographics**<br>**1908 Capital Circle NE #5**<br>**Tallahassee, FL 32308** | | J | **Purchase on Account** | | | | 248.00 |
| Account No.<br><br>**City of Tallahasse Business Tax**<br>**Revenue**<br>**Box A4**<br>**300 South Adams Street**<br>**Tallahassee, FL 32301** | | J | **Open Account** | | | | 50.00 |
| Account No. **xxxxxx1324**<br><br>**City of Tallahassee Utilities**<br>**Attn: Bankruptcy Dept**<br>**600 N. Monroe St**<br>**Tallahassee, FL 32301-1262** | | J | **Utility** | | | | 2,617.00 |

Sheet no. _**7**___ of _**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,595.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Jake Marsh Myddelton**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential claim for construction warranty | | | | |
| **CMT, LLC** **6339 E Speedway, Suite 201** **Tucson, AZ 85710** | - | | | X | X | | 0.00 |
| Account No. | | | Utility | | | | |
| **Comcast** **Attn:  Bankruptcy Litigation Officer** **3760 Hartsfield Rd** **Tallahassee, FL 32303-1121** | | J | | | | | 783.00 |
| Account No. | | | Professional Services | | | | |
| **Conrad Design and Landscape** **1306 E 7th Ave** **Tallahassee, FL 32303** | | J | | | | | 31,105.00 |
| Account No. | | | Professional Services | | | | |
| **Construction Services Corp.** **1297 Carr Lane** **Tallahassee, FL 32312** | | J | | | | | 583.00 |
| Account No. | | | Purchase on Account | | | | |
| **Corbally Tile Company** **PO Box 180535** **Tallahassee, FL 32318** | | J | | | | | 425.00 |

Sheet no. __**8**___ of __**35**___ sheets attached to Schedule of          Subtotal                32,896.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton_____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Purchase on Account** | | | | |
| **Crystal Springs** **PO Box 660579** **Dallas, TX 75266-0579** | | J | | | | | 50.00 |
| Account No. | | | **Professional Services** | | | | |
| **DACAR Fire Protection Inc.** **1755 Commerce Blvd** **Midway, FL 32343** | | J | | | | | 1,175.00 |
| Account No. | | | **Potential claim for construction warranty** | | | | |
| **David and Elaine Freni** **3764 Ivy Green Trail** **Tallahassee, FL 32311** | | J | | X | X | | 0.00 |
| Account No. | | | **Potential claim for construction warranty** | | | | |
| **David and Regan Rancourt** **PO Box 10570** **Tallahassee, FL 32302** | | J | | X | X | | 0.00 |
| Account No. | | | **Potential claim for construction warranty** | | | | |
| **Dean Development** **2065 Thomasville Road** **Tallahassee, FL 32308** | | J | | X | X | | 0.00 |

Sheet no. _9___ of _35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,225.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Jake Marsh Myddelton**                                    , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential claim for construction warranty | | | | |
| Dewitt and Kathy Miller 3636 Dexter Drive Tallahassee, FL 32312 | | J | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| Dr. Ben and Mrs. Jennifer Kirbo 7257 Anhinga Farm Road Tallahassee, FL 32309 | | J | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Professional Services | | | | |
| Eagle Equipment and Scaffolding Inc. PO Box 10467 Tallahassee, FL 32302 | | J | | | | | |
| | | | | | | | 207.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| Edward and Janice Lamy 5712 Farnsworth Drive Tallahassee, FL 32312 | | J | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Professional Services | | | | |
| Edwin Kinsey Inc. 3481 Bassett Dairy Rd Monticello, FL 32344 | | J | | | | | |
| | | | | | | | 1,860.00 |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,067.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Jake Marsh Myddelton** _____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7069** <br><br> **Electronic Bill Payment Services** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 3269** <br> **Milwaukee, WI 53201-3269** | | H | **Open Account** | | | | **83.00** |
| Account No. <br><br> **Engineering & Equipment Co.** <br> **1748 Old Bainbridge Road** <br> **Tallahassee, FL 32303** | | J | **Professional Services** | | | | **11,084.00** |
| Account No. **7910** <br><br> **Ferguson Enterprises Inc.** <br> **Attn: Bankruptcy Litigation Officer** <br> **805 West Gaines Street** <br> **Tallahassee, FL 32304-4311** | X | J | **Purchase on Account** | | | | **20,746.00** |
| Account No. <br><br> **Thompson & Brooks** <br> **Attn: Betty R. Fitterman** <br> **412 E. Madison Street Ste 900** <br> **Tampa, FL 33602** | | | **Representing:** <br> **Ferguson Enterprises Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Ferguson Enterprises Inc.** <br> **PO Box 100286** <br> **Atlanta, GA 30384-0286** | | J | **Purchase on Account** | | | | **3,368.00** |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **35,281.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Jake Marsh Myddelton**_____,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thompson & Brooks**<br>**Attn:  Betty R. Fitterman**<br>**412 E. Madison Street Ste 900**<br>**Tampa, FL 33602** | | | **Representing:**<br>**Ferguson Enterprises Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Florida Bath & Surfaces Inc.**<br>**PO Box 1732**<br>**Santa Rosa Beach, FL 32459** | | J | **Purchase on Account** | | | | **160.00** |
| Account No. **xx1707** <br><br> **Florida Pest Control**<br>**PO Box 5369**<br>**116 NW 16th Ave**<br>**Gainesville, FL 32627-5369** | | - | **Professional Services** | | | | **109.00** |
| Account No. <br><br> **Frank and Elizabeth Langston**<br>**4191 Cape San Blas Road**<br>**Port Saint Joe, FL 32456** | | J | **Potential claim for construction warranty** | X | X | | **0.00** |
| Account No. <br><br> **Freddie Ball Electrical Services**<br>**4153 Pamela Lane**<br>**Tallahassee, FL 32303** | | J | **Professional Services** | | | | **708.00** |

Sheet no. __**12**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)        **977.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fusion Publications**<br>**1614 West 1825 North**<br>**Provo, UT 84604** | | J | **Advertising** | | | | 536.00 |
| Account No.<br><br>**Gandy Gas Connections Inc.**<br>**406 Timber Run**<br>**Havana, FL 32333** | | J | **Professional Services** | | | | 2,573.00 |
| Account No.<br><br>**Gary Allen**<br>**4101 Apalachee Parkway**<br>**Tallahassee, FL 32311** | | J | **Open Account** | | | | 1,600.00 |
| Account No.<br><br>**Groundworks Services Inc.**<br>**500 Mason Drive**<br>**Havana, FL 32333** | | J | **Professional Services** | | | | 7,096.00 |
| Account No. **none**<br><br>**Gulf Club at Summerbrooke**<br>**Attn:  Bankruptcy Litigation Officer**<br>**7505 Preservation Road**<br>**Tallahassee, FL 32312** | | H | **Membership dues** | | | | 184.00 |

Sheet no. __**13**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,989.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase on Account | | | | |
| **Gulf Coast Lumber and Supply Inc.**<br>**PO Box 597**<br>**Woodville, FL 32362** | | J | | | | | **3,172.00** |
| Account No. | | | Purchase on Account | | | | |
| **Gulf Eagle Supply**<br>**PO Box 116466**<br>**Atlanta, GA 30368-6001** | | J | | | | | **40.00** |
| Account No. | | | Purchase on Account | | | | |
| **Gutterhawk**<br>**5281 B6 Tower Road**<br>**Tallahassee, FL 32317** | | J | | | | | **6,799.00** |
| Account No. | | | Professional Services | | | | |
| **Harper Revell**<br>**3015 Nathan Lane**<br>**Tallahassee, FL 32308** | | J | | | | | **31,030.00** |
| Account No. | | | Professional Services | | | | |
| **HB Engineering**<br>**PO Box 14082**<br>**Tallahassee, FL 32317** | | J | | | | | **350.00** |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,391.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Purchase on Account | | | | |
| **Hi-Tech System Associates** **2912-1 Crescent Drive** **Tallahassee, FL 32301** | | | J | | | | | | 10,191.00 |
| Account No. **none** | | | | | Line of Credit | | | | |
| **Isaac Chiles** | | | J | | | | | | 19,000.00 |
| Account No. | | | | | Professional Services | | | | |
| **Jaime Moss LLC** **4608 W Belllarose Lane** **Tallahassee, FL 32305** | | | J | | | | | | 2,103.00 |
| Account No. | | | | | Potential claim for construction warranty | | | | |
| **James and Heather Doran** **461 Meadow Ridge Drive** **Tallahassee, FL 32317** | | | J | | | X | X | | 0.00 |
| Account No. | | | | | Professional Services | | | | |
| **Jeannie Dawson Cleaning LLC** **11907 Wadesboro Road** **Tallahassee, FL 32317** | | | J | | | | | | 467.00 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,761.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Jake Marsh Myddelton**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase on Account | | | | |
| Jenkins Brick and Tile Company LLC PO Box 934432 Atlanta, GA 31193-4432 | | J | | | | | 17,844.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| Jeremy and Yvonne Frye 7316 Ox Bow Circle Tallahassee, FL 32312 | | J | | X | X | | 0.00 |
| Account No. | | | Professional Services | | | | |
| JH Dowling Inc. PO Box 308 705 West Madison Street Tallahassee, FL 32302 | | J | | | | | 1,955.00 |
| Account No. | | | Purchase on Account | | | | |
| Jim Crosby Plumbing Inc. PO Box 2734 Tallahassee, FL 32316 | | J | | | | | 7,302.00 |
| Account No. | | | Professional Services | | | | |
| Jimmy Crowder Excavating & Land Clearing 901 Geddie Road Tallahassee, FL 32317 | | J | | | | | 1,180.00 |

Sheet no. __**16**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    28,281.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John Campbell**<br>**2813 Rebeca Drive**<br>**Tallahassee, FL 32312** | | J | Potential claim for construction warranty | X | X | | 0.00 |
| Account No.<br><br>**John Cousins**<br>**7816 Broomsage Place**<br>**Tallahassee, FL 32309** | | J | Potential claim for construction warranty | X | X | | 0.00 |
| Account No.<br><br>**John Humphress**<br>**611 North Ride**<br>**Tallahassee, FL 32303** | | J | Potential claim for construction warranty | X | X | | 0.00 |
| Account No.<br><br>**Johnson's Lumber and Supply**<br>**5338 Capital Circle NW**<br>**Tallahassee, FL 32303** | | J | Purchase on Account | | | | 875.00 |
| Account No.<br><br>**Jonathan and Laura Johnson**<br>**6228 Buck Run Circle**<br>**Tallahassee, FL 32312** | | J | Potential claim for construction warranty | X | X | | 0.00 |

Sheet no. __17__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

875.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton__ ,                    Case No. _____

    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential claim for construction warranty | | | | |
| Joseph and Gloria Cote 3700 Longfellow Road Tallahassee, FL 32311 | | | J | | X | X | | 0.00 |
| Account No. | | | | Professional Services | | | | |
| K&C Painting Services Inc. 6708 Chant Trail Tallahassee, FL 32309 | | | J | | | | | 12,995.00 |
| Account No. | | | | Professional Services | | | | |
| Keith McNeil Plumbing 3505 N Monroe St Tallahassee, FL 32303 | | | J | | | | | 19,896.00 |
| Account No. | | | | Professional Services | | | | |
| Kitch-Encounters 2740 Capital Circle NE Tallahassee, FL 32308 | | | J | | | | | 73.00 |
| Account No. | | | | Professional Services | | | | |
| Kolka Consulting LLC 8108 Blenheim Lane Tallahassee, FL 32312 | | | J | | | | | 4,620.00 |

Sheet no. __18__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    37,584.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Jake Marsh Myddelton**                                              ,   Case No. _____
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional Services | | | | |
| Lawson & Lawson Electrical Services Inc 5019 Metzke Lane Tallahassee, FL 32312 | | J | | | | | 37,471.00 |
| Account No. | | | Purchase on Account | | | | |
| Legacy Cabinet Company 109 Kelly Road Niceville, FL 32578 | | J | | | | | 231.00 |
| Account No. | | | Purchase on Account | | | | |
| Lowe's Business Account PO Box 530970 Atlanta, GA 30353-0970 | | J | | | | | 774.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| Mark and Kelly Garland 604 Piedmont Drive Tallahassee, FL 32308 | | J | | X | X | | 0.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| Mark and Linda Powell 4512 Grove Park Drive Tallahassee, FL 32311 | | J | | X | X | | 0.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **38,476.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                             ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Marlin Coatings** **2666 Peddie Road** **Tallahassee, FL 32303** | | J | Professional Services | | | | 2,550.00 |
| Account No. **Marpan Supply Co., Inc** **PO Box 2068** **Tallahassee, FL 32316-2068** | | J | Purchase on Account | | | | 8,907.00 |
| Account No. **Massey Services** **PO Box 547668** **Orlando, FL 32854-7668** | | J | Professional Services | | | | 150.00 |
| Account No. **Metro Electrical Services** **110-B Hamilton Park Drive** **Tallahassee, FL 32304** | | J | Professional Services | | | | 15,371.00 |
| Account No. **Michael and Teri Eckert** **6215 Pine Fair Way** **Tallahassee, FL 32309** | | J | Potential claim for construction warranty | X | X | | 0.00 |

Sheet no. __20__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **26,978.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                        ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Purchase on Account | | | | |
| **Miller Glass** **1961 Raymond Diehl Rd** **Tallahassee, FL 32308** | | J | | | | | | 6,520.00 |
| Account No. | | | | Insurance Premiums | | | | |
| **Montgomery Insurance** **PO Box 6486** **Carol Stream, IL 60197-6486** | | J | | | | | | 330.00 |
| Account No. | | | | Professional Services | | | | |
| **Nino's Carpentry** **306 Willis Road** **Tallahassee, FL 32303** | | J | | | | | | 77,690.00 |
| Account No. | | | | Professional Services | | | | |
| **Norandex/Reynolds** **4041 Northwest Passage** **Tallahassee, FL 32303** | | J | | | | | | 503.00 |
| Account No. | | | | Insurance Premiums | | | | |
| **Northwestern Mutual Life** **PO Box 3181** **Milwaukee, WI 53201-3181** | | J | | | | | | 906.00 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **85,949.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                            ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase on Account | | | | |
| **Outdoor Options, Inc.** **2290 NW Little Cat Road** **Madison, FL 32340** | | J | | | | | 105.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| **Pat and LaRae Donnellan** **2234 Monaghan Drive** **Tallahassee, FL 32309** | | J | | X | X | | 0.00 |
| Account No. | | | Professional Services | | | | |
| **Pat's Roofing and Repair Service** **5865 Aucilla Road** **Monticello, FL 32344** | | J | | | | | 3,150.00 |
| Account No. | | | Line of Credit | | | | |
| **Paul, Emily Chiles** **3309 Moreland Court** **Fort Mill, SC 29715** | | - | | | | | 35,000.00 |
| Account No. | | | Purchase on Account | | | | |
| **Pella Window and Door Company** **PO Box 23388** **8174 Baymeadows Way W.** **Jacksonville, FL 32241** | | J | | | | | 8,930.00 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,185.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional Services | | | | |
| **Perkins Electric** **223 John Knox Rd** **Tallahassee, FL 32303** | | J | | | | | 15,153.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| **Peter and Patty Lee** **7609 Refuge Road** **Tallahassee, FL 32312** | | J | | X | X | | 0.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| **Philip and Lynn Fusilier** **2552 Carthage Drive** **Tallahassee, FL 32312** | | J | | X | X | | 0.00 |
| Account No. | | | Professional Services | | | | |
| **Power Gas Corporation** **PO Box 14974** **Tallahassee, FL 32317-4974** | | J | | | | | 1,296.00 |
| Account No. **xxxx7001** | | | 2008 Line of Credit | | | | |
| **Premier Bank** **Attn:  Bankruptcy Litigation Officer** **PO Box 3606** **Tallahassee, FL 32315-3606** | | J | | | | | 20,269.00 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **36,718.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                          ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Prestige Painting Partners**<br>**4037 Delvin Drive**<br>**Tallahassee, FL 32309** | | J | Professional Services | | | | 9,575.00 |
| Account No.<br><br>**ProBank**<br>**Attn:  Bankruptcy Litigation Officer**<br>**536 N Monroe Street**<br>**Tallahassee, FL 32301** | | J | Deficiency balance | | | | 1,600,000.00 |
| Account No.<br><br>**Probuild**<br>**1369 Blountstown Hwy**<br>**Tallahassee, FL 32304** | | J | Professional Services | | | | 13,196.00 |
| Account No.<br><br>**E. Thomas Brushwood**<br>**PO Box 10117**<br>**Tallahassee, FL 32302-2117** | | | Representing:<br>Probuild | | | | Notice Only |
| Account No.<br><br>**Progress Energy**<br>**PO Box 33199**<br>**Saint Petersburg, FL 33733-8199** | | J | Utility | | | | 111.00 |

Sheet no. __24__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,622,882.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1035** <br><br> **RC Electrical Services, Inc.** <br> **Attn: Bankruptcy Litigation Officer** <br> **1832 Cottage Crove Rd** <br> **Tallahassee, FL 32303-2802** | | H | Professional Services | | | | 865.00 |
| Account No. <br><br> **Red Hills Lumber** <br> **709 Campbell Street** <br> **Thomasville, GA 31792** | | J | Purchase on Account | | | | 11,167.00 |
| Account No. <br><br> **Residential Elevators** <br> **PO Box 1298** <br> **Crawfordville, FL 32326** | | J | Purchase on Account | | | | 9,906.00 |
| Account No. <br><br> **Ro-Mac Lumber** <br> **PO Box 1714** <br> **Tallahassee, FL 32303** | | J | Professional Services | | | | 38.00 |
| Account No. <br><br> **Robert Hutton Inc.** <br> **686 Beaver Creek Lane** <br> **Havana, FL 32333** | | J | Professional Services | | | | 16,416.00 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,392.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Roberts Sand Co., Inc.** 1712 Silver Lake Rd Tallahassee, FL 32310 | | J | **Purchase on Account** | | | | **1,437.00** |
| Account No. **Rodney Hall Roofing Inc.** 915 16th Street Port Saint Joe, FL 32456 | | J | **Professional Services** | | | | **4,000.00** |
| Account No. **Rowland Publishing** PO Box 1837 Tallahassee, FL 32302 | | J | **Advertising** | | | | **1,761.00** |
| Account No. **Royster's Storage Van Rentals** 4101 Heniard Drive Tallahassee, FL 32303 | | J | **Professional Services** | | | | **293.00** |
| Account No. **S&S Woodworking** 5015 Inner Perimeter Rd Valdosta, GA 31601 | | J | **Professional Services** | | | | **481.00** |

Sheet no. __26__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **7,972.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Purchase on Account | | | | |
| **S3 Soil** **9013 Mahan Drive Ste 101** **Tallahassee, FL 32309** | | | J | | | | | | |
| | | | | | | | | | 576.00 |
| Account No. | | | | | Purchase on Account | | | | |
| **Seacoast Supply** **4260 Aviation Ave** **Tallahassee, FL 32310** | | | J | | | | | | |
| | | | | | | | | | 5,904.00 |
| Account No. | | | | | Potential claim for construction warranty | | | | |
| **Sean and Monica Culliton** **3484 Velda Dairy Drive** **Tallahassee, FL 32312** | | | J | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Purchase on Account | | | | |
| **Sellers Tile Distributors Inc.** **1710 Capital Circle NE** **Tallahassee, FL 32308** | | | J | | | | | | |
| | | | | | | | | | 18,650.00 |
| Account No. | | | | | Purchase on Account | | | | |
| **Seminole Trusses Inc.** **PO Box 69** **Midway, FL 32343** | | | J | | | | | | |
| | | | | | | | | | 15,742.00 |

Sheet no. __27__ of __35__ sheets attached to Schedule of                         Subtotal                      40,872.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jake Marsh Myddelton**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **The Dye Law Firm PA** Attn: Jimmy Dye PO Box 4148 Tallahassee, FL 32315 | | | | Representing: Seminole Trusses Inc. | | | | **Notice Only** |
| Account No. **Sherwin Williams** 2910 Kerry Forest Pkwy Tallahassee, FL 32303-5710 | | J | | Purchase on Account | | | | **843.00** |
| Account No. **Smith Roofing and Repair** 3795 Patch Drive Tallahassee, FL 32309 | | J | | Professional Services | | | | **13,000.00** |
| Account No. **Smith Thompson Shaw & Manausa** 3520 Thomasville Road Tallahassee, FL 32312 | | J | | Professional Services | | | | **1,528.00** |
| Account No. **South Georgia Brick** PO Box 3972 Albany, GA 31706 | | J | | Purchase on Account | | | | **73.00** |

Sheet no. __28__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,444.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton__ ,                          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility | | | | |
| St. James Island Utility Company 108 Sea Pine Drive Sopchoppy, FL 32358 | | J | | | | | 7,573.00 |
| Account No. | | | Professional Services | | | | |
| Stone Landscape and Property Services 491 Iamonia Farms Rd Tallahassee, FL 32312 | | J | | | | | 5,166.00 |
| Account No. | | | Purchase on Account | | | | |
| Sunco Inc. dba All Custom Aluminum 3357 Garber Drive #4 Tallahassee, FL 32303 | | J | | | | | 606.00 |
| Account No. | | | Purchase on Account | | | | |
| Superior Redi-Mix 61 Commerce Lane Midway, FL 32343-0060 | | J | | | | | 2,210.00 |
| Account No. | | | Professional Services | | | | |
| Tallahassee Floor Finishing 5277 Tower Road Unit A1 Tallahassee, FL 32303 | | J | | | | | 2,750.00 |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,305.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Jake Marsh Myddelton_____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Purchase on Account | | | | |
| Tallahassee Lighting, Fan and Blind 980 Capital Circle SE Tallahassee, FL 32301 | | J | | | | | | 7,720.00 |
| Account No. | | | | Utility | | | | |
| Talquin Electric PO Box 1679 Quincy, FL 32353-1679 | | J | | | | | | 73.00 |
| Account No. | | | | Professional Services | | | | |
| Talquin Portable Restrooms PO Box 559 Midway, FL 32343 | | J | | | | | | 1,860.00 |
| Account No. | | | | Professional Services | | | | |
| Talquin Septic Services PO Box 559 Midway, FL 32343 | | J | | | | | | 500.00 |
| Account No. | | | | Potential claim for construction warranty | X | X | | |
| Ted and Haley Frazee 4506 Hedgewood Drive Tallahassee, FL 32308 | | J | | | | | | 0.00 |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,153.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Jake Marsh Myddelton**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional Services | | | | |
| **The Blueprint Shop, LLC 823 Thomasville Road Tallahassee, FL 32303** | | J | | | | | 103.00 |
| Account No. | | | Professional Services | | | | |
| **The Naumann Group 1953 Thomasville Road Tallahassee, FL 32303-5265** | | J | | | | | 2,000.00 |
| Account No. | | | Professional Services | | | | |
| **The Top Shop 8585 Manor Drive Tallahassee, FL 32303** | | J | | | | | 3,900.00 |
| Account No. | | | Professional Services | | | | |
| **Thurman Roddenberry and Associates Inc. PO Box 100 Sopchoppy, FL 32358-0100** | | J | | | | | 250.00 |
| Account No. | | | Potential claim for construction warranty | | | | |
| **Tom and Leisa McCullion 5473 Caddo Drive Tallahassee, FL 32311** | | J | | X | X | | 0.00 |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,253.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                              ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Transworld Systems** <br> **PO Box 12103** <br> **Trenton, NJ 08650** | | J | Open Account | | | | 168.00 |
| Account No. <br><br> **Tub Pro** <br> **PO Box 180723** <br> **Tallahassee, FL 32318** | | J | Professional Services | | | | 370.00 |
| Account No. <br><br> **Ty & Robyn Jackson** <br> **5743 Farnsworth Court** <br> **Tallahassee, FL 32312** | | J | Potential claim for construction warranty | X | X | | 0.00 |
| Account No. **2395** <br><br> **United Building Products, Inc** <br> **Attn: Bankruptcy Litigation Officer** <br> **3510 North Monroe Street** <br> **Tallahassee, FL 32303** | X | J | Purchase on Open Account | | | | 18,784.00 |
| Account No. <br><br> **Thrasher and Heckman** <br> **Attn: Elwin R. Thrasher III** <br> **908 North Gadsden Street** <br> **Tallahassee, FL 32303** | | | Representing: <br> **United Building Products, Inc** | | | | **Notice Only** |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,322.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jake Marsh Myddelton**                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Rentals (North America) Inc.**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | | J | **Professional Services** | | | | 7,319.00 |
| Account No. **xxx-xx-5969**<br><br>**US Department of Education**<br>**Direct Loans**<br>**PO Box 530260**<br>**Atlanta, GA 30353-0260** | | - | **Student Loans** | | | | 9,315.00 |
| Account No.<br><br>**Ventry Construction LLC**<br>**1127 West King Street**<br>**Quincy, FL 32351** | | J | **Professional Services** | | | | 13,820.00 |
| Account No. **xxxxxxxxx-x0001**<br><br>**Verizon Wireless**<br>**Attn:  Bankruptcy Dept**<br>**PO Box 105378**<br>**Atlanta, GA 30348** | | - | **Utility** | | | | 778.00 |
| Account No. **xxxxxxxxx-x0001**<br><br>**Verizon Wireless**<br>**Attn:  Bankruptcy Dept**<br>**PO Box 105378**<br>**Atlanta, GA 30348** | | - | **Utility** | | | | 1,608.00 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          32,840.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                        ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Line of Credit | | | | |
| **Wakulla Bank** **Attn:  Bankruptcy Litigation Officer** **PO Box 610** **Crawfordville, FL 32326** | | J | | | | | **13,928.00** |
| Account No. | | | Representing: Wakulla Bank | | | | |
| **Mowrey Law Firm, PA** **Ronald A. Mowrey** **515 North Adams Street** **Tallahassee, FL 32301-1111** | | | | | | | **Notice Only** |
| Account No. | | | Purchase on Account | | | | |
| **Whiddon Glass** **1617 South Monroe Street** **Tallahassee, FL 32301-5587** | | J | | | | | **1,077.00** |
| Account No. | | | Purchase on Account | | | | |
| **Williams Panhandle Propane** **PO Box 248** **Tallahassee, FL 32302** | | J | | | | | **2,331.00** |
| Account No. | | | Potential claim for construction warranty | | | | |
| **Wilson and Brittany Dean** **3130 Rue Royale** **Tallahassee, FL 32308** | | J | | X | X | | **0.00** |

Sheet no. __34__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **17,336.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jake Marsh Myddelton**                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase on Account | | | | |
| **Wiregrass Lumber**<br>**6753 Thomasville Road Ste 108-317**<br>**Tallahassee, FL 32312** | | J | | | | | 2,171.00 |
| Account No. | | | Purchase on Account | | | | |
| **Woodlane Cabinet Company**<br>**5186 Woodlane Circle**<br>**Tallahassee, FL 32303** | | J | | | | | 4,309.00 |
| Account No. **xx0206** | | | Professional Services | | | | |
| **WR Chip Johnson MAI**<br>**Cureton Johnson and Associates**<br>**1358 Thomaswood Drive**<br>**Tallahassee, FL 32308** | | - | | | | | 375.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 6,855.00 |
| Total<br>(Report on Summary of Schedules) | | 3,401,095.00 |

B6G (Official Form 6G) (12/07)

In re   **Jake Marsh Myddelton**                            ,       Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Jake Marsh Myddelton**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Parker**<br>**6284 Buck Run Circle**<br>**Tallahassee, FL 32312** | **Capital City Bank**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 900**<br>**Tallahassee, FL 32302-0900** |
| **John Parker**<br>**6284 Buck Run Circle**<br>**Tallahassee, FL 32312** | **Capital City Bank**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 900**<br>**Tallahassee, FL 32302-0900** |
| **John Parker**<br>**6284 Buck Run Circle**<br>**Tallahassee, FL 32312** | **Wakulla Bank**<br>**Attn:  Bankruptcy Litigation Officer**<br>**PO Box 610**<br>**Crawfordville, FL 32326** |
| **John Parker**<br>**6284 Buck Run Circle**<br>**Tallahassee, FL 32312** | **United Building Products, Inc**<br>**Attn:  Bankruptcy Litigation Officer**<br>**3510 North Monroe Street**<br>**Tallahassee, FL 32303** |
| **John Parker**<br>**6284 Buck Run Circle**<br>**Tallahassee, FL 32312** | **Ferguson Enterprises Inc.**<br>**Attn:  Bankruptcy Litigation Officer**<br>**805 West Gaines Street**<br>**Tallahassee, FL 32304-4311** |
| **John Parker**<br>**6284 Buck Run Circle**<br>**Tallahassee, FL 32312**<br>   **For all construction debt** | |
| **Sandra Myddelton**<br>**1532 Belleau Wood Dr**<br>**Tallahassee, FL 32308** | **Wakulla Bank**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 610**<br>**Crawfordville, FL 32326** |

**0**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Jake Marsh Myddelton**                                                   Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**1 year** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Homemaker** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b.  Insurance | $ 0.00 | $ 0.00 |
|     c.  Union dues | $ 0.00 | $ 0.00 |
|     d.  Other (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 900.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 900.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 900.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 900.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   __Jake Marsh Myddelton_____    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,500.00 |
| a. Are real estate taxes included? | Yes ___ | No __X__ | |
| b. Is property insurance included? | Yes ___ | No __X__ | |
| 2. Utilities:     a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 0.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 200.00 |
| b. Life | | $ | 150.00 |
| c. Health | | $ | 650.00 |
| d. Auto | | $ | 200.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   __Ad Valorem_____ | | $ | 700.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 250.00 |
| b. Other   __See Detailed Expense Attachment__ | | $ | 2,085.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   __Haircuts & Misc._____ | | $ | 300.00 |
| Other   __School lunches and expenses_____ | | $ | 300.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,335.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 900.00 |
| b. | Average monthly expenses from Line 18 above | $ | 8,335.00 |
| c. | Monthly net income (a. minus b.) | $ | -7,435.00 |

B6J (Official Form 6J) (12/07)

In re   **Jake Marsh Myddelton**                                      Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| **Second Automobile** | $ | **735.00** |
| **Rental Mortgage** | $ | **1,200.00** |
| **Student Loans** | $ | **150.00** |
| **Total Other Installment Payments** | $ | **2,085.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Jake Marsh Myddelton**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**57**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 19, 2010**

Signature   **/s/ Jake Marsh Myddelton**

**Jake Marsh Myddelton**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Florida

In re    **Jake Marsh Myddelton** _____    Case No. _____

_____ Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$40,000.00** | **2010: Husband Wages from closely held LLC** |
| **$120,000.00** | **2009: Husband Wages from closely held LLC** |
| **$90,000.00** | **2008: Husband Wages from closely held LLC** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

2

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■      b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■      c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **United Building Products v. Myddleton Parker Builders and John Parker Case No. 2010 CA 003609** | **Suit on Acocunt** | **Civil Action Leon County** | **pending** |
| **Capital City Bank v. Myddelton Parker Builders and John Parker Case No. 2010 CA 2448** | **Foreclosure** | **Civil Action Leon County** | **Final Summary Judgment** |
| **Capital City Bank v. Myddelton Parker Builders and John Parker Case No. 2010 CA 2371** | **Foreclosure** | **Civil Action Leon County** | **Final Summary Judgment** |
| **Capital City Bank v. Myddelton Parker Builders Case No. 2010 CA 308** | **Foreclosure** | **Civil Action Gulf County** | **sale date set** |
| **Ferguson Enterprises, Inc. v. Myddelton Parker Builders and John Parker Case No. 2010 CA 3619** | **Suit on Account** | **Civil Action Leon County** | **pending** |
| **Seminole Trusses, Inc. v. Myddelton Parker Builders, LLC Case No. 2010 CA 2613** | **Suit on Account** | **Civil Action Leon County** | **summary final judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Roberts Sand Co. v. Jake Myddelton and John Parker**<br>**Case No. 2010 SC 3941** | **Suit on Account** | **Small Claims**<br>**Leon County** | **pending** |
| **Wakulla Bank v. Jake Myddelton and John Parker**<br>**Case No. 2010 CA 315** | **Suit on Account** | **Civil Action**<br>**Wakulla County** | **pending** |
| **Probuild Company LLC v. Jake Myddelton and John Parker**<br>**Case No. 2010 CA 2840** | **Suit on Account** | **Civil Action**<br>**Leon County** | **pending** |
| **Jenkins Brick and Tile Company LLC v. Jake Myddelton and John Parker**<br>**Case No. 2010 CA 003920** | **Suit on Account** | **Civil Action**<br>**Leon County** | **summons** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | **11/2010** | **2006 Ford Expedition**<br>**(titled to Myddelton Parker Builders)**<br>**$15,000** |
| **Ford Motor Credit**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 6275**<br>**Dearborn, MI 48121-5275** | **9/2010** | **2007 Ford F150 (Titled to Myddleton Parker Builders, LLC)**<br>**$20,000** |

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Allen P Turnage | | $50 |
| GreenPath Inc. | | $95 |
| Brian Rich | | $1,500 for lawsuit defense |

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Jay Kelly<br><br>Partner | 9/2010 | Outdoor Innovations, LLC for $0.00 |
| Clay and Shannan Coleman<br><br>Partners | November 2010 | Millstone Partners, LLC<br>Debtor was 1/3 owner of the LLC but based on the partnership agreement had not vested in that ownership.  Debtor had put no money into the partnership, having built the three triplexes for "cost," and was to manage the apartments without charge for three years in order to fully vest into ownership but was only 18 months into that agreement. |
| Rip Kirby<br><br>none | 11/2010 | Debtor transferred his one-fourth share of PMB, LLC for $2,500 (full market value of shares of PMB stock) |

5

None
■

    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Outdoor Innovations, LLC** | | | **transferred to co-owner 20% owner** | **3/2009 to 10/2010** |
| **Myddelton Parker Builders, LLC** | **043762104** | **1931 WElby Way Ste 4 Tallahassee, FL 32308** | **50% interest Real Estate Development** | **2003 to present** |
| **Millstone Partners, LLC** | | | **25% Single asset Real Estate** | **12/2008 to 11/2010** |

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------------------------------------------------------------------------------|---------|--------------------|----------------------------|
| **PMB Group LLC** | | | **stock in Prime Meridian Bank 20% owner** | |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                        ADDRESS

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 19, 2010**            Signature  **/s/ Jake Marsh Myddelton**

**Jake Marsh Myddelton**

Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Florida

In re   __Jake Marsh Myddelton__                                     Case No. _____
                                        Debtor(s)                    Chapter    __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Capital City Bank** | **Wetappo Lot**<br>**Port St. Joe, Gulf County, FL** |

Property will be (check one):

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☑ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Premier Bank** | **Home and 1/8 Acre lot**<br>**1532 Belleau Wood**<br>**Tallahassee, Leon County, FL** |

Property will be (check one):

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☑ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**SunTrust Bank** | **Describe Property Securing Debt:**<br>**Rental House**<br>**1117 Spottswood Drive**<br>**Tallahassee, Leon County, FL** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Wakulla Bank** | **Describe Property Securing Debt:**<br>**Spec House**<br>**3538 Firefly**<br>**Panacea, FL** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wakulla Bank** | **Describe Property Securing Debt:**<br>**2006 Volvo XC90** |

Property will be (check one):

   ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ■ Reaffirm the debt

   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date  **November 19, 2010**_____      Signature    **/s/ Jake Marsh Myddelton**_____

                                                       **Jake Marsh Myddelton**

                                                       Debtor

# United States Bankruptcy Court
## Northern District of Florida

In re   **Jake Marsh Myddelton**

Case No.

Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,201.00** |
| Prior to the filing of this statement I have received | $ | **3,201.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

  ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

  ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
  **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 19, 2010**

**/s/ Allen P. Turnage Florida Bar No.**
**Allen P. Turnage Florida Bar No. 993085**
**Law Office of Allen P. Turnage**
**PO Box 15219**
**Tallahassee, FL 32317**
**850.224.3231  Fax: 850.224.2535**
**attyallen@embarqmail.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Florida

In re    __Jake Marsh Myddelton_____   Case No. _____
              Debtor(s)     Chapter  __7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

  I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| __Jake Marsh Myddelton_____ | X __/s/ Jake Marsh Myddelton_____ | __November 19, 2010__ |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Florida

In re   **Jake Marsh Myddelton**

                                                        Case No.
                                        Debtor(s)       Chapter        **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 19, 2010**                    **/s/ Jake Marsh Myddelton**

                                                **Jake Marsh Myddelton**
                                                Signature of Debtor

Jake Marsh Myddelton
1532 Belleau Wood Drive
Tallahassee FL 32308

Amy and CJ McGibany
1730 Highland Place
Tallahassee FL 32308

A Materials Group Inc.
PO Box 1829
Lake City FL 32056

Apogee Signs
1105 N Monroe Street
Tallahassee FL 32303

A Plus Drywall
1550 Capital Circle SW #1
Tallahassee FL 32304

Attorney General of the US
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Aaron & Hien Guyer
193 Rosehill Drive
Tallahassee FL 32312

Ausley & McMullen
Attn: Kenneth R. Hart
PO Box 391
Tallahassee FL 32302

Advanced Business Systems
1236 N Monroe Street
Tallahassee FL 32303

Ausley & McMullen
Attn: Robert N. Clarke Jr.
PO Box 391
Tallahassee FL 32302

Advanced Concrete
978 Talquin Ave
Quincy FL 32351

Ausley & McMullen
Attn: Kenneth R. Hart
123 South Calhoun Street
Tallahassee FL 32302

All Pro Land Care of Tallahassee Inc.
PO Box 38355
Tallahassee FL 32315-8355

B&T Fencing Inc.
PO Box 3359
Tallahassee FL 32315

Allied Doors
3600 B Weems Road
Tallahassee FL 32317

Barber Cleaning Service Inc.
4404 West Shannon Lakes Drive
Tallahassee FL 32309

Allweather Insulation Inc.
664 Capital Circle NE
Tallahassee FL 32301

Barkely Consulting Engineers Inc.
3494 Martin Hurst Road
Tallahassee FL 32312

American Strategic Insurance
PO Box 33018
Saint Petersburg FL 33733-8018

Bayside Lumber & Building Supply
272 Commerce Drive
Port Saint Joe FL 32457

Bettinger Welding
3440 Garber Road
Tallahassee FL 32303


Blackhawk Engineering Inc.
9013 Mahan Drive Ste 101
Tallahassee FL 32309


Bo Knows Pest Control Inc.
106 Reid Avenue
PO Box 773
Port Saint Joe FL 32457


Bob McKeithen & Sons Inc.
412 Crossway Road
Tallahassee FL 32305


Bobby Dollar Appliance Showroom
1405 East Jacksonv Street
Thomasville GA 31792


Brad and Joanna Copanhaver
1739 Highland Place
Tallahassee FL 32308


Buzz & Co., LLC dba Kitch-Encounters
2740 Capital Circle NE
Tallahassee FL 32308


Capelouto
700 Capital Circle NE
Tallahassee FL 32301


Capital City Bank
Attn: Bankruptcy Litigation Officer
PO Box 900
Tallahassee FL 32302-0900


Capital City Lumber Co.
2501 Lonnbladh Road
Tallahassee FL 32317-4059


Capital Window Center
1510 E-7 Capital Circle SE
Tallahassee FL 32301


Carolyn Snurkowski
4519 Camden Road
Tallahassee FL 32303


Carpenter's Window and Door
2813 B10 Industrial Plaza Drive
Tallahassee FL 32301


Carpet Studio
2866 Industrial Plaza Drive
Tallahassee FL 32301


Central Heating Consultants
5278 Tower Road
Tallahassee FL 32303


Chase Mastercard
Attn: Bankruptcy Litigation Officer
PO Box 15298
Wilmington DE 19850-5298


City Blue Reprographics
1908 Capital Circle NE #5
Tallahassee FL 32308


City of Tallahasse Business Tax Revenue
Box A4
300 South Adams Street
Tallahassee FL 32301


City of Tallahassee Utilities
Attn: Bankruptcy Dept
600 N. Monroe St
Tallahassee FL 32301-1262


CMT, LLC
6339 E Speedway, Suite 201
Tucson AZ 85710

Comcast
Attn:  Bankruptcy Litigation Officer
3760 Hartsfield Rd
Tallahassee FL 32303-1121

Dr.  Ben  and  Mrs.  Jennifer  Kirbo
7257 Anhinga Farm Road
Tallahassee FL 32309

Conrad  Design  and  Landscape
1306 E 7th Ave
Tallahassee FL 32303

E.  Thomas  Brushwood
PO Box 10117
Tallahassee FL 32302-2117

Construction  Services  Corp.
1297 Carr Lane
Tallahassee FL 32312

Eagle  Equipment  and  Scaffolding  Inc.
PO Box 10467
Tallahassee FL 32302

Corbally  Tile  Company
PO Box 180535
Tallahassee FL 32318

Edward  and  Janice  Lamy
5712 Farnsworth Drive
Tallahassee FL 32312

Crystal  Springs
PO Box 660579
Dallas TX 75266-0579

Edwin  Kinsey  Inc.
3481 Bassett Dairy Rd
Monticello FL 32344

DACAR  Fire  Protection  Inc.
1755 Commerce Blvd
Midway FL 32343

Electronic  Bill  Payment  Services
Attn:  Bankruptcy Litigation Officer
PO Box 3269
Milwaukee WI 53201-3269

David  and  Elaine  Freni
3764 Ivy Green Trail
Tallahassee FL 32311

Engineering  &  Equipment  Co.
1748 Old Bainbridge Road
Tallahassee FL 32303

David  and  Regan  Rancourt
PO Box 10570
Tallahassee FL 32302

Ferguson  Enterprises  Inc.
Attn:  Bankruptcy Litigation Officer
805 West Gaines Street
Tallahassee FL 32304-4311

Dean  Development
2065 Thomasville Road
Tallahassee FL 32308

Ferguson  Enterprises  Inc.
PO Box 100286
Atlanta GA 30384-0286

Dewitt  and  Kathy  Miller
3636 Dexter Drive
Tallahassee FL 32312

Florida  Bath  &  Surfaces  Inc.
PO Box 1732
Santa Rosa Beach FL 32459

Florida Pest Control
PO Box 5369
116 NW 16th Ave
Gainesville FL 32627-5369

Frank and Elizabeth Langston
4191 Cape San Blas Road
Port Saint Joe FL 32456

Freddie Ball Electrical Services
4153 Pamela Lane
Tallahassee FL 32303

Fusion Publications
1614 West 1825 North
Provo UT 84604

Gandy Gas Connections Inc.
406 Timber Run
Havana FL 32333

Gary Allen
4101 Apalachee Parkway
Tallahassee FL 32311

Groundworks Services Inc.
500 Mason Drive
Havana FL 32333

Gulf Club at Summerbrooke
Attn: Bankruptcy Litigation Officer
7505 Preservation Road
Tallahassee FL 32312

Gulf Coast Lumber and Supply Inc.
PO Box 597
Woodville FL 32362

Gulf County Tax Collector
Attn: Bankruptcy Litigation Officer
1000 Costin Blvd Rm 147
Port Saint Joe FL 32456

Gulf Eagle Supply
PO Box 116466
Atlanta GA 30368-6001

Gutterhawk
5281 B6 Tower Road
Tallahassee FL 32317

Harper Revell
3015 Nathan Lane
Tallahassee FL 32308

HB Engineering
PO Box 14082
Tallahassee FL 32317

Hi-Tech System Associates
2912-1 Crescent Drive
Tallahassee FL 32301

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-0326

Internal Revenue Service
Attn: Bankruptcy Specialist
400 W. Bay St Ste 35045
Jacksonville FL 32202

Isaac Chiles

Jaime Moss LLC
4608 W Belllarose Lane
Tallahassee FL 32305

James and Heather Doran
461 Meadow Ridge Drive
Tallahassee FL 32317

James J. Hughes
PO Box 180271
Tallahassee FL 32318-0003

Jeannie Dawson Cleaning LLC
11907 Wadesboro Road
Tallahassee FL 32317

Jenkins Brick and Tile Company LLC
PO Box 934432
Atlanta GA 31193-4432

Jeremy and Yvonne Frye
7316 Ox Bow Circle
Tallahassee FL 32312

JH Dowling Inc.
PO Box 308
705 West Madison Street
Tallahassee FL 32302

Jim Crosby Plumbing Inc.
PO Box 2734
Tallahassee FL 32316

Jimmy Crowder Excavating & Land Clearing
901 Geddie Road
Tallahassee FL 32317

John Campbell
2813 Rebeca Drive
Tallahassee FL 32312

John Cousins
7816 Broomsage Place
Tallahassee FL 32309

John Humphress
611 North Ride
Tallahassee FL 32303

John Parker
6284 Buck Run Circle
Tallahassee FL 32312

Johnson's Lumber and Supply
5338 Capital Circle NW
Tallahassee FL 32303

Jonathan and Laura Johnson
6228 Buck Run Circle
Tallahassee FL 32312

Joseph and Gloria Cote
3700 Longfellow Road
Tallahassee FL 32311

K&C Painting Services Inc.
6708 Chant Trail
Tallahassee FL 32309

Keith McNeil Plumbing
3505 N Monroe St
Tallahassee FL 32303

Kitch-Encounters
2740 Capital Circle NE
Tallahassee FL 32308

Kolka Consulting LLC
8108 Blenheim Lane
Tallahassee FL 32312

Lawson & Lawson Electrical Services Inc
5019 Metzke Lane
Tallahassee FL 32312

Legacy Cabinet Company
109 Kelly Road
Niceville FL 32578

Leon County Tax Collector
Attn:  Legal Dept.
PO Box 1835
Tallahassee FL 32302-1835

Lowe's Business Account
PO Box 530970
Atlanta GA 30353-0970

Mark and Kelly Garland
604 Piedmont Drive
Tallahassee FL 32308

Mark and Linda Powell
4512 Grove Park Drive
Tallahassee FL 32311

Marlin Coatings
2666 Peddie Road
Tallahassee FL 32303

Marpan Supply Co., Inc
PO Box 2068
Tallahassee FL 32316-2068

Massey Services
PO Box 547668
Orlando FL 32854-7668

Metro Electrical Services
110-B Hamilton Park Drive
Tallahassee FL 32304

Michael and Teri Eckert
6215 Pine Fair Way
Tallahassee FL 32309

Miller Glass
1961 Raymond Diehl Rd
Tallahassee FL 32308

Montgomery Insurance
PO Box 6486
Carol Stream IL 60197-6486

Mowrey Law Firm, PA
Ronald A. Mowrey
515 North Adams Street
Tallahassee FL 32301-1111

Nino's Carpentry
306 Willis Road
Tallahassee FL 32303

Norandex/Reynolds
4041 Northwest Passage
Tallahassee FL 32303

Northwestern Mutual Life
PO Box 3181
Milwaukee WI 53201-3181

Outdoor Options, Inc.
2290 NW Little Cat Road
Madison FL 32340

Pat and LaRae Donnellan
2234 Monaghan Drive
Tallahassee FL 32309

Pat's Roofing and Repair Service
5865 Aucilla Road
Monticello FL 32344

Paul, Emily Chiles
3309 Moreland Court
Fort Mill SC 29715

Pella Window and Door Company
PO Box 23388
8174 Baymeadows Way W.
Jacksonville FL 32241

Perkins Electric
223 John Knox Rd
Tallahassee FL 32303

Peter and Patty Lee
7609 Refuge Road
Tallahassee FL 32312

Philip and Lynn Fusilier
2552 Carthage Drive
Tallahassee FL 32312

Power Gas Corporation
PO Box 14974
Tallahassee FL 32317-4974

Premier Bank
Attn: Bankruptcy Litigation Officer
PO Box 3606
Tallahassee FL 32315-3606

Prestige Painting Partners
4037 Delvin Drive
Tallahassee FL 32309

ProBank
Attn: Bankruptcy Litigation Officer
536 N Monroe Street
Tallahassee FL 32301

Probuild
1369 Blountstown Hwy
Tallahassee FL 32304

Progress Energy
PO Box 33199
Saint Petersburg FL 33733-8199

Pyramid Excavation Inc.
8440 Florida Georgia Highway
Havana FL 32333

RC Electrical Services, Inc.
Attn: Bankruptcy Litigation Officer
1832 Cottage Crove Rd
Tallahassee FL 32303-2802

Red Hills Lumber
709 Campbell Street
Thomasville GA 31792

Residential Elevators
PO Box 1298
Crawfordville FL 32326

Ro-Mac Lumber
PO Box 1714
Tallahassee FL 32303

Robert Hutton Inc.
686 Beaver Creek Lane
Havana FL 32333

Roberts Sand Co., Inc.
1712 Silver Lake Rd
Tallahassee FL 32310

Rodney Hall Roofing Inc.
915 16th Street
Port Saint Joe FL 32456

Rowland Publishing
PO Box 1837
Tallahassee FL 32302

Royster's Storage Van Rentals
4101 Heniard Drive
Tallahassee FL 32303

S&S Woodworking
5015 Inner Perimeter Rd
Valdosta GA 31601

S3 Soil
9013 Mahan Drive Ste 101
Tallahassee FL 32309

Sandra Myddelton
1532 Belleau Wood Dr
Tallahassee FL 32308

Seacoast Supply
4260 Aviation Ave
Tallahassee FL 32310

Sean and Monica Culliton
3484 Velda Dairy Drive
Tallahassee FL 32312

Sellers Tile Distributors Inc.
1710 Capital Circle NE
Tallahassee FL 32308

Seminole Trusses Inc.
PO Box 69
Midway FL 32343

Sherwin Williams
2910 Kerry Forest Pkwy
Tallahassee FL 32303-5710

Smith Roofing and Repair
3795 Patch Drive
Tallahassee FL 32309

Smith Thompson Shaw & Manausa
3520 Thomasville Road
Tallahassee FL 32312

South Georgia Brick
PO Box 3972
Albany GA 31706

St. James Island Utility Company
108 Sea Pine Drive
Sopchoppy FL 32358

Stone Landscape and Property Services
491 Iamonia Farms Rd
Tallahassee FL 32312

Sunco Inc.
dba All Custom Aluminum
3357 Garber Drive #4
Tallahassee FL 32303

SunTrust Bank
Attn: Bankruptcy Litigation Officer
PO Box 791144
Baltimore MD 21279-1144

Superior Redi-Mix
61 Commerce Lane
Midway FL 32343-0060

Tallahassee Floor Finishing
5277 Tower Road Unit A1
Tallahassee FL 32303

Tallahassee Lighting, Fan and Blind
980 Capital Circle SE
Tallahassee FL 32301

Talquin Electric
PO Box 1679
Quincy FL 32353-1679

Talquin Portable Restrooms
PO Box 559
Midway FL 32343

Talquin Septic Services
PO Box 559
Midway FL 32343

Ted and Haley Frazee
4506 Hedgewood Drive
Tallahassee FL 32308

The Blueprint Shop, LLC
823 Thomasville Road
Tallahassee FL 32303

The Dye Law Firm PA
Attn:  Jimmy Dye
PO Box 4148
Tallahassee FL 32315

The Naumann Group
1953 Thomasville Road
Tallahassee FL 32303-5265

The Top Shop
8585 Manor Drive
Tallahassee FL 32303

Thompson & Brooks
Attn:  Betty R. Fitterman
412 E. Madison Street Ste 900
Tampa FL 33602

Thrasher and Heckman
Attn:  Elwin R. Thrasher III
908 North Gadsden Street
Tallahassee FL 32303

Thurman Roddenberry and Associates Inc.
PO Box 100
Sopchoppy FL 32358-0100

Tom and Leisa McCullion
5473 Caddo Drive
Tallahassee FL 32311

Transworld Systems
PO Box 12103
Trenton NJ 08650

Tub Pro
PO Box 180723
Tallahassee FL 32318

Ty & Robyn Jackson
5743 Farnsworth Court
Tallahassee FL 32312

United Building Products, Inc
Attn:  Bankruptcy Litigation Officer
3510 North Monroe Street
Tallahassee FL 32303

United Rentals (North America) Inc.
PO Box 100711
Atlanta GA 30384-0711

United States Attorney
21 East Garden Street
Pensacola FL 32501-5603

US Attorney (Tallahassee Office)
111 N. Adams St
Tallahassee FL 32301

US Department of Education
Direct Loans
PO Box 530260
Atlanta GA 30353-0260

Ventry Construction LLC
1127 West King Street
Quincy FL 32351

Verizon Wireless
Attn:  Bankruptcy Dept
PO Box 105378
Atlanta GA 30348

Wakulla Bank
Attn:  Bankruptcy Litigation Officer
PO Box 610
Crawfordville FL 32326

Whiddon  Glass
1617  South  Monroe  Street
Tallahassee FL 32301-5587


Williams  Panhandle  Propane
PO Box  248
Tallahassee FL 32302


Wilson  and  Brittany  Dean
3130  Rue  Royale
Tallahassee FL 32308


Wiregrass  Lumber
6753  Thomasville  Road  Ste  108-317
Tallahassee FL 32312


Woodlane  Cabinet  Company
5186 Woodlane  Circle
Tallahassee FL 32303


WR  Chip  Johnson  MAI
Cureton  Johnson  and  Associates
1358  Thomaswood  Drive
Tallahassee FL 32308